UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHAEL JEROME,**

      **Plaintiff,**

**v.**                                                  **Case No: 6:14-cv-430-Orl-36TBS**

**WORLD WIDE VACATIONS LLC and**
**MAITLAND VACATION CLUB LLC,**

      **Defendants.**
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas B. Smith on April 14, 2014 (Doc. 13).  In the Report and Recommendation, Magistrate Judge Smith recommends that the parties' Joint Motion for Approval of Settlement and Motion to Dismiss the Case With Prejudice be granted and the parties' settlement agreement be approved. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  No such objections were filed.  Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.  Accordingly, it is now

    **ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 13) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The Joint Motion to Approve Settlement and Motion to Dismiss the Case With Prejudice and Supporting Memorandum of Law (Doc. 12) is **GRANTED.** The

Settlement Agreement (Doc. 12-Ex. 1) is approved, as it constitutes a fair and reasonable resolution of a bona fide dispute.

(3)  This action is **DISMISSED, with prejudice.**

(4)  The Clerk is directed to terminate any pending motions and deadlines and close this case.

**DONE AND ORDERED** at Orlando, Florida on May 7, 2014.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas B. Smith
Counsel of Record

2